No. 87–6254.  CUEVAS *v.* TEXAS.  Ct. Crim. App. Tex.;

No. 87–6487.  BOOKER *v.* DUGGER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS.  C. A. 11th Cir.;

No. 87–6493.  POPE *v.* VIRGINIA.  Sup. Ct. Va.; and

No. 87–6495.  SIMMONS *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–815.  CORACE *v.* UNITED STATES, 484 U. S. 1060;

No. 87–865.  GREGORY LUMBER CO., INC. *v.* UNITED STATES, 484 U. S. 1061;

No. 87–1025.  MORGAN *v.* OHIO, 484 U. S. 1064;

No. 87–1050.  IN RE GOLDSTEIN, 484 U. S. 1057;

No. 87–1086.  DAMASCUS *v.* BORGIA ET AL., 484 U. S. 1066;

No. 87–1145.  POTTER *v.* WACKENHUT CORP. ET AL., *ante,* p. 902;

No. 87–1149.  REAGIN *v.* TERRY ET AL., *ante,* p. 906;

No. 87–1162.  CLISSURAS *v.* CITY OF NEW YORK ET AL., 484 U. S. 1053;

No. 87–5449.  ANDREWS *v.* SHULSEN, WARDEN, ET AL., *ante,* p. 919;

No. 87–5454.  WRENN *v.* GOULD ET AL., 484 U. S. 1067;

No. 87–5647.  THOMPSON *v.* PFEIFFER ET AL., *ante,* p. 907;

No. 87–5807.  JOHNSON *v.* ARMONTROUT, WARDEN, 484 U. S. 1068;

No. 87–5873.  WILSON *v.* BUTLER, WARDEN, 484 U. S. 1079;

No. 87–5961.  LATSHAW *v.* FELDER ET AL., 484 U. S. 1069;

No. 87–5975.  HOWES *v.* UNITED STATES, 484 U. S. 1069;

No. 87–6014.  SHURN *v.* ILLINOIS, 484 U. S. 1079;

No. 87–6019.  STUMPF *v.* OHIO, 484 U. S. 1079;

No. 87–6050.  WILLIAMS *v.* LYNAUGH, DIRECTOR, TEXAS DE-PARTMENT OF CORRECTIONS, 484 U. S. 1071;

No. 87–6127. POST *v.* OHIO, 484 U. S. 1079;

No. 87–6161. TEMPEL *v.* ALASKA ET AL., 484 U. S. 1075;

No. 87–6166. LASHLEY ET UX. *v.* FIRST NATIONAL BANK OF LIVE OAK, 484 U. S. 1075;

No. 87–6181. OLIM *v.* OKLAHOMA DEPARTMENT OF PUBLIC SAFETY, 484 U. S. 1076;

No. 87–6201. THOMAS *v.* RAFFERTY, WARDEN, ET AL., 484 U. S. 1076;

No. 87–6204. MILTON *v.* WORLD SAVINGS & LOAN ASSN., *ante,* p. 908;

No. 87–6207. MEHAR *v.* C & P TELEPHONE COMPANY OF MARYLAND, 484 U. S. 1077; and

No. 87–6214. MURPHY *v.* SISCO ET AL., *ante,* p. 937. Petitions for rehearing denied.

No. 86–1065. O'SULLIVAN ET AL. *v.* UNITED STATES ET AL., 484 U. S. 1041. Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 86–5237. CRIM *v.* COMMISSIONER OF INTERNAL REVENUE, 479 U. S. 866. Motion for leave to file petition for rehearing denied. JUSTICE SCALIA and JUSTICE KENNEDY took no part in the consideration or decision of this motion.

*Assignment Order*

An order of THE CHIEF JUSTICE designating and assigning Justice Powell (retired) to perform judicial duties in the United States Court of Appeals for the Fourth Circuit during the period of June 6 through June 10, 1988, and for such further time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294(a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.

APRIL 20, 1988

No. 87–6753 (A–786). LAWSON *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Cabarrus County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth